UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    EXPRESS CAR | : | INVOLUNTARY |
|    & TRUCK RENTAL, INC., | : | |
| | : | Bky. No. 09-15041 ELF |
|         Debtor. | : | |
| IN RE: | : | Chapter 7 |
|    REPETE ASSOCIATES, | : | INVOLUNTARY |
|         Debtor. | : | Bky. No. 09-15042 ELF |

# O R D E R

**AND NOW**, in order to correct a clerical error, the Memorandum dated November 9, 2010 is **WITHDRAWN** and **REPLACED** by the accompanying Memorandum dated November 12, 2010.

Date:  November 12, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE