**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    EXPRESS CAR | : | INVOLUNTARY |
|    & TRUCK RENTAL, INC., | : | |
| | : | Bky. No. 09-15041 ELF |
|           Debtor. | : | |
| | : | |
| _____ | : | |
| | : | |
| IN RE: | : | Chapter 7 |
|    REPETE ASSOCIATES, | : | INVOLUNTARY |
| | : | |
|           Debtor. | : | Bky. No. 09-15042 ELF |
| | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Award of Counsel Fees Pursuant to Section 303(i) of the Bankruptcy Code (Bky. No. 09-15041, Doc. # 101; Bky. No. 09-15042, Doc. #106), the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ordered that the Motion is **GRANTED IN PART AND DENIED IN PART** and that **JUDGMENT IS ENTERED** under 11 U.S.C. § 303(i)(1) in favor of Express Car & Truck Rental, Inc. and Repete Associates and against Margaret M. Stuski in the amount of **$9,488.40**.[1]

Date: <u>October 20, 2011</u>

                                                ERIC L. FRANK
                                                U.S. BANKRUPTCY JUDGE

---

[1]     Although the judgment will be entered on the docket in both Bky. No. 09-15041 and Bky. No. 09-15042, it is the court's intention to award a single judgment in favor of the two former debtors, jointly.